IN THE IOWA DISTRICT COURT IN AND FOR WINNEBAGO COUNTY

| | |
|---|---|
| DOUGLAS JOHN REINKEN, <br><br> Plaintiff, <br><br> Vs. <br><br> BIG GAME TREESTANDS, MS HOLDINGS, LLC, MAINSTREAM HOLDINGS, L.L.C., <br><br> Defendant. | Case No.: _____ <br><br><br> **PETITION AT LAW AND JURY DEMAND** |

COMES NOW the Plaintiff, Douglas John Reinken, and for his causes of action against the Defendants, Big Game Treestands, MS Holdings, LLC and Mainstream Holdings, Inc., and respectfully states as follows:

1. Plaintiff, Douglas John Reinken (hereinafter referred to as "Mr. Reinken" was and is a resident of Winnebago County in the State of Iowa.

2. Defendant, Big Game Treestands is a Minnesota business that is authorized to do and was and is doing business in Iowa.

3. MS Holdings, LLC, is a limited Lability company, Minnesota Corporation with its principal place of business located at 50 S. 6th Street #1500, Minneapolis, Minnesota, 55402 doing business in Iowa as Big Game Treestands.

4. Mainstream Holdings, Inc. is a Minnesota Corporation with its principal place of business located at 1905 1st Avenue N., Redding Avenue, Windom, Minnesota, 56101 and doing business in Iowa as Big Game Tree Stands.

5. On or about May 31, 2014, Mr. Reinken purchased a Big Game Stick EL tree stand from Cabela's World's Foremost Outfitter located at Owatonna, MN.

6. On August 21, 2014, during his first use of the product, Mr. Reinken had assembled the tree stand per the instructions.

7. Mr. Reinken thereafter put the stand against the tree and tied off the first three sections of the tree stand.

8. While standing on the third section of the tree stand and attempting to tie off the fourth section, a break occurred in the tree stand at the third section.

9. Mr. Reinken fell to the ground and sustained physical injuries including a fractured his right femur and injury to his mouth and teeth.

## COUNT I – PRODUCTS LIABILITY AND BREACH OF EXPRESS WARRANTY, IMPLIED WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE

10. The Plaintiff hereby re-pleads and re-alleges paragraphs 1-9.

11. The Defendants assembled, designed, supplied specifications, distributed, manufactured and/or sold the Big Game Stick XL Tree Stand that was being used at the time of Plaintiff's injuries and it was not safe for use and were merchants at the time they did so.

12. The Big Game Stick XL was defective and not reasonably safe for use as follows:

   a. Improperly designed;

   b. Improperly Manufactured;

   c. Improper materials were used;

   d. Improper packaging and shipping;

   e. A failure to prepare and provide proper instructions and warnings.

   f. A failure to discover that the product had no safety devices to prevent the Plaintiff from being injured when the Big Game Stick EL twisted and broke and by failing to incorporate such protection/safety devises into the design of the

2

product.

g. In such other ways as is shown by the evidence.

13. The Big Game Stick XL bought by Mr. Reinken breached the express warranties, the implied warranties and was not merchantable because it was not fit for the ordinary purposes and the specific purposes for which it was sold and intended to be used.

## DAMAGES

14. Plaintiff re-pleads paragraphs 1-13.

15. The aforementioned wrongful conduct of the Defendants was the direct and proximate cause of the following injuries and damages sustained by Mr. Reinken:

a. Mr. Reinken has incurred expenses for hospitals, physicians, x-rays, prescriptions and other medical treatment and supplies and will continue to do so for an indefinite time into the future;

b. Mr. Reinken has lost income in the past and will lose income earning capacity in the future;

c. Mr. Reinken has suffered a loss of function of the body and mind in the past and will do so in the future;

d. Mr. Reinken has suffered severe physical, psychological and emotional pain as well as mental anguish and will continue to do so for an indefinite time into the future.

e. Douglas John Reinken has been proximately injured in such other ways as will be shown by the evidence.

16. As a proximate result of the aforesaid, Douglas John Reinken has been damaged in a sum determined as reasonable and proper at the time of trial but in an amount sufficient to create

jurisdiction in this court.

WHEREFORE, the Plaintiff, Douglas John Reinken prays for judgment against the Defendants in an amount deemed reasonable and proper for compensatory damages, for interest and costs as allowed by law and for such other and further relief as is just and appropriate in the circumstances.

## JURY DEMAND

COMES NOW the Plaintiff, Douglas John Reinken, and hereby demands a trial by jury of all issues properly triable to a jury.

Respectfully submitted,

By: /s/Bruce H. Stoltze
Bruce H. Stoltze (AT0007521)
STOLTZE & STOLTZE, PLC
300 Walnut Street, Suite 260
Des Moines, IA 50309
Telephone: (515) 244-1473
Facsimile: (515) 244-3930
E-mail: bruce.stoltze@stoltzelaw.com

By: /s/ Travis J. Burk
Travis J. Burk (AT0011292)
HOPE LAW FIRM, P.L.C.
1055 Jordan Creek Pkwy, Suite 200
West Des Moines, IA 50266
Telephone: (515) 255-3559
Fax: (515) 243-2433
travis@hopelawfirm.com

ATTORNEYS FOR PLAINTIFF